**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ARSUS, LLC<br><br>                    Plaintiff,<br><br>         v.<br><br>TESLA, INC.,<br><br>                    Defendant. | Case No. 4:25-cv-07439-KAW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Before the Court is the Stipulation of Dismissal filed by Defendant Tesla, Inc., and Plaintiff Arsus, LLC. (together, the "Parties") in which the Parties represent that the above-captioned case is voluntarily dismissed WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii). *See* Dkt. No. 63 (the "Stipulation").  In light of the Stipulation, the Court ACCEPTS AND ACKNOWLEDGES that all pending claims and causes of action in the above captioned case are DISMISSED WITH PREJUDICE.  All pending requests for relief in the above-captioned case not explicitly granted herein are DENIED AS MOOT.  Each Party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to CLOSE the above-captioned case, as no parties or claims remain.

**So ORDERED and SIGNED this 9th day of September 2025.**

HON. KANDIS A. WESTMORE
United States Magistrate Court Judge